UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JENNIFER FLORES, on behalf of herself and Others Similarly Situated,

                                 Plaintiffs,

-against-

THE CITY OF NEW YORK and POLICE OFFICERS "JOHN DOE" #1-10, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown),

                                 Defendants.

------------------------------------------------------------------- x

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

19 CV 5763 (KAM) (JRC)

      **WHEREAS** plaintiff JENNIFER FLORES commenced this action by filing a complaint on or about October 11, 2019, as amended on or about October 18, 2019, alleging that defendants violated Plaintiff's rights under federal, state and local laws;

      **WHEREAS** Defendants have denied any and all liability arising out of Plaintiff's allegations;

      **WHEREAS** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

      **WHEREAS** Plaintiff has authorized her counsel to settle this matter on the terms set forth below;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed against all defendants, with prejudice, and without costs, expenses, or attorneys' fees except as specified in paragraph "2" below.

2. The City of New York hereby agrees to pay Plaintiff JENNIFER FLORES the sum of TWENTY FIVE THOUSAND DOLLARS AND ZERO CENTS ($25,000.00) in full satisfaction of all claims that were or could have been raised in this action.

3. In consideration for the payment of the sums set forth in paragraph "2", Plaintiff agrees to dismissal of all claims against Defendants and to release Defendants, their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, from any and all liability, claims, or rights of action that were or could have been brought in this action, alleging a violation of plaintiff's civil rights and any and all related state and local law claims, whether known or unknown, from the beginning of the world to the date of the Release, including claims for costs, expenses, and attorneys' fees.

4. Plaintiff shall be responsible for the payment of any federal, state, and/or local taxes, if any, on the payments specified in paragraph "2".

5. The settlement checks in paragraph "2" shall be made payable to The Law Offices of Kenneth Belkin as attorney for Plaintiff Jennifer Flores, and shall be mailed to Plaintiff's counsel at the following address: The Law Offices of Kenneth Belkin, 225 Broadway, Suite 715, New York, New York 10007.

6. Plaintiff JENNIFER FLORES shall execute and deliver to Defendants' undersigned attorney all documents necessary to effect this settlement, including, without limitation: (i) a Release based on the terms of paragraphs "2" and "3" above, (ii) a substitute W-

9, and (iii) an Affidavit of Status of Liens. Additionally, prior to tendering the requisite documents to effect this settlement, Medicare-recipient plaintiffs must obtain and submit a final demand letter from their Medicare provider(s) for the reimbursement of any conditional payments made for the injuries claimed in this matter. A Medicare Set-Aside Trust may also be required if future anticipated medical costs are found to be necessary pursuant to 42 U.S.C. § 1395y(b) and 42 C.F.R. §§ 411.22 through 411.26.

7. Nothing contained herein shall be deemed to be an admission by Defendants that they have in any manner or way violated Plaintiffs' rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules or regulations of any department or subdivision of the City of New York. This Stipulation of Settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, except to enforce the terms of this Stipulation of Settlement.

8. Nothing contained in this Stipulation of Settlement shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

9. Plaintiffs agree to hold harmless Defendants regarding any past and/or future Medicare claims, presently known or unknown, in connection with this matter. If Medicare claims are not satisfied, defendants reserve the right to issue a multiparty settlement check naming the Medicare provider as a payee or to issue a check directly to the Medicare provider for the amount claimed in the Medicare provider's final demand letter.

10. This Stipulation of Settlement contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation of Settlement regarding the

So Ordered: Kiyo A. Matsumoto, USDJ
June 4, 2021

subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
~~March~~ June 3rd, 2021

| | |
|---|---|
| The Law Offices of Kenneth Belkin<br>225 Broadway, Suite 715<br>New York, New York 10007<br>c: 718-724-3466<br>f: 212-566-8165<br>e: kb@belkinlaw.com<br><br>By: _____<br>Kenneth E. Belkin, Esq. | JAMES E. JOHNSON<br>Corporation Counsel of the<br>City of New York<br>Attorney for Defendants<br>100 Church Street, 2nd Floor<br>New York, New York 10007<br>212-356-0871<br>mtoews@law.nyc.gov<br><br>By: _____<br>Mark G. Toews<br>ACC Carolyn Kwk<br>June 4, 2021 |

SO ORDERED:

_____
Honorable Kiyo A. Matsumoto
United States District Judge

- 4 -